No. 84–392.  THIGPEN, COMMISSIONER, MISSISSIPPI DEPART-MENT OF CORRECTIONS v. REDDIX.  C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 84–474.  CONNECTICUT v. COHANE.  Sup. Ct. Conn.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–406.  NATIONAL FOOTBALL LEAGUE ET AL. v. OAK-LAND RAIDERS, LTD., ET AL.; and

No. 84–418.  OAKLAND-ALAMEDA COUNTY COLISEUM, INC. v. OAKLAND RAIDERS, LTD., ET AL.  C. A. 9th Cir.  Motion of National Basketball Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.  Reported below: 726 F. 2d 1381.

No. 84–430.  FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF BISMARCK v. HULM ET AL.  C. A. 8th Cir.  Motions of respondents Theodore George Hulm and Tom A. Brigham for leave to proceed *in forma pauperis* granted.  Certiorari denied.